## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. CR505-009 |
| CECIL HARVEY, SABRINA O'STEEN, ANTHONY CROSBY, a/k/a "Rooster", and CRYSTAL GIDDENS | |

## ORDER

The April 27, 2005, Order Setting Conditions of Release for **Sabrina O'Steen** is hereby modified to remove provision (7)(v) which states that she "must reside with Betty Sue Taylor." Paragraph (7)(v) shall now read that Sabrina O'Steen "must reside with Randall Wright, Jr., in Douglas, Georgia."

All other conditions set forth in said April 27, 2005 Order for **Sabrina O'Steen** shall remain in full force and effect.

**SO ORDERED**, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

        vs.                       *      CASE NO. CR505-9

SABRINA O'STEEN          *

                                 *

                                 *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/30/05, which is part of the official records of this case.

Date of Mailing: 8/30/05
Date of Certificate: 8/30/05

SCOTT L. POFF, CLERK

By: ANITA ROSE

NAME:
1. Sabrina O'Steen  1663 Raccoon Bridge Rd.  Douglas, Ga.
2. F. David McCrea
3.
4.
5.
6.
7.

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds